JS-6

Carolyn Hunt Cottrell (SBN 166977)
Esther L. Bylsma (SBN 264208)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
ebylsma@schneiderwallace.com

*Attorneys for Plaintiffs, and the Putative Class*

R. Brian Dixon (SBN 076247)
Christopher L. Dengler (SBN 251782)
LITTLER MENDELSON P.C.
333 Bush Street 34F
San Francisco, CA 94104
Tel: (415) 422-1940; Fax: (415) 399-8490
bdixon@littler.com
cdengler@littler.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MENDOZA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAVILIONS MARKET; THE VONS COMPANIES, INC.;<br><br>Defendants. | Case No. 2:21-CV-03353-RGK-JPR<br><br>Assigned for all purposes to Hon. R. Gary Klausner, Courtroom 850<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE  [37]<br><br>Complaint Filed: April 19, 2021<br>Trial Date: None Set. |

///

///

///

[PROPOSED] ORDER JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE
*Mendoza v. Pavilions Market, et al.,* Case No. 2:21-CV-03353-RGK-JPR
1

## [PROPOSED] ORDER

Based on the stipulation of the Parties and for good cause shown, the Court ORDERS that the above-captioned action is hereby dismissed in its entirety, without prejudice, with each Party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 8/25/2021

_____
The Honorable R. Gary Klausner
United States District Judge